# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MORIN RANGEL,<br><br>               Petitioner,<br><br>   v.<br><br>ERIC D. WILSON, Warden,<br><br>               Respondent. | Case No. CV 12-10084-JFW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: January 16, 2013

                                                           JOHN F. WALTER
                                                           UNITED STATES DISTRICT JUDGE