JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOE MORIN RANGEL, ) Case No. CV 12-10084-JFW (JEM)
) 
　　　　　Petitioner, )
) **JUDGMENT**
　　v. )
)
ERIC D. WILSON, Warden, )
)
　　　　　Respondent. )

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: January 16, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE